FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL SAVALA RAMIREZ,<br><br>    Defendant. | No. 2:20-CR-00147-SAB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION; TERMINATING SUPERVISED RELEASE** |

 Before the Court is Defendant's *pro se* Motion for Reconsideration, ECF No. 10. The motion was heard without oral argument.

 Previously, the Court denied Defendant's Motion for Early Termination of Supervised Release. ECF No. 9. Based on new information provided to the Court, the Court has reconsidered that decision and finds the record now supports the granting of Defendant's motion.

//
//
//
//
//
//
//

**ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION; TERMINATING SUPERVISED RELEASE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's *pro se* Motion for Reconsideration, ECF No. 10, is **GRANTED**.

2. Defendant's remaining term of supervised release is **TERMINATED**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to Defendant, the Federal Defenders of Eastern District of Washington & Idaho and U.S. Probation.

**DATED** this 5th day of October 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION; TERMINATING SUPERVISED RELEASE ~ 2**